UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALVIN ODOM,

    Petitioner,

v.

ROBERT BURTON,

    Respondent.

Case No. 20-cv-00303-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Calvin Odom asked this Court to extend the 1-year filing deadline for a 28 U.S.C. § 2254 habeas petition. (Dkt. Nos. 1, 5, and 6.) The Court issued an order in which it informed Odom it had no authority to extend the deadline, directed him to either file a petition or abandon his habeas suit, and sent him a petition form and an *in forma pauperis* (IFP) application. (Dkt. Nos. 9 and 10.) Odom has filed no response to that order. Accordingly, this federal habeas action is DISMISSED without prejudice.

Because this dismissal is without prejudice, Odom may move to reopen. Any such motion must contain (i) a complete application to proceed IFP (or full payment for the $5.00 filing fee); and (ii) a petition on this Court's form.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

**Dated:** May 13, 2020

_____
WILLIAM H. ORRICK
United States District Judge